UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
[X] First Amended Plan        [ ] _____ Modified Plan

DEBTOR: Carla L. Alleyne          JOINT DEBTOR: _____          CASE NO: 14-26923-LMI

Last Four Digits SS# ____2936____          Last Four Digits SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ _1,026.00_ for months __1__ to __36__ ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

**Administrative:**     Attorney's Fee  $ _4,750.00 + 200.00 costs_  TOTAL PAID $ _1,200.00_
                        Balance Due    $ _3,750.00_ payable $ _117.19_ /month (Months __1__ to __32__)

**Secured Creditors:**
[Retain liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgages/Liens on real or personal property:

1. Nationstar Mortgage              Estimated HAMP Payment       $ _403.00_ /month (Months __1__ to __36__)
Address: P.O. Box 650783
         Dallas, TX. 75265
Account No: _0596447066_

2. Harbour Pointe Condo Assoc.      Regular Payment              $ _277.00_ /month (Months __1__ to __36__)
Address: 1251 N.E. 108th Street
         North Miami, FL. 33161
Account No: _1033356_

3. Americredit Financial Services   Payoff Amount                $ 3,615.53 @ 5.25% APR
Address: P.O. Box 183853            Payment                      $ _121.43_ /month (Months __1__ to __32__)
         Arlington, TX. 76096
Account No: _3712_

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Harbour Pointe Condominium Association of Miami c/o Michael Bass, Esq. 8900 SW 107 Avenue Suite 206 Miami, FL. 33176 | Homestead Property located at: 1251 NE 108 Street, Apartment 609 N. Miami, FL. 33161 Value: $ 0.00 | N/A | $ 0.00 | N/A | AVOID LIEN IN FULL |
| | | | | | |
| | | | | | |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                                 Payable  $_____ /month (Months _____ to ____)
                                 Regular Payment $_____

**Unsecured Creditors:**         Pay $ ___4.78___ /month (Months __1__ to __32__)
                                 Pay $ __243.40__ /month (Months __33__ to __36__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The Debtor has filed and noticed an Application along with all required documents under the Home Affordable Modification Program (HAMP) and HAMP Supplemental Directive 10-02 with the Secured Creditor, Nationstar Mortgage, on Debtor's homestead real property. The Secured Creditor shall timely comply with all HAMP requirements and promptly approve or deny the Debtor's Application. The Debtor has not filed a previous HAMP Application. The Debtor and Debtor's counsel consent to direct communication with the Secured Creditor for the purpose of loss mitigation only.

Until acceptance or denial of the HAMP Application, any Proof of Claim filed by the Secured Creditor on the Debtor's homestead real property shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan. Once the plan has been confirmed, the Trustee is directed to pay the Trial Payment Plan (TPP) provided for in the plan, and not the arrearage or regular payment stated in the Proof of Claim, in the normal course of disbursement.

In the event the Secured Creditor approves the Debtor's Application, the Debtor will file evidence of the approval no later than 30 calendar days following receipt of the Secured Creditor's offer letter. The Debtor will then timely comply with any and all requirements necessary to complete a Permanent Mortgage Modification (PMM).

In the event the Debtor accepts the PMM, the Debtor will amend or modify the plan in accordance with the Secured Creditor's offer letter and attach the PMM in support of the amended or modified plan. If the Secured Creditor's offer letter is received after the plan is confirmed, the Debtor shall file a motion to modify the confirmed plan no later than 30 calendar days following receipt of the Secured Creditor's offer letter.

In the event the Debtor elects not to amend or modify the plan to conform with the Secured Creditor's offer letter or if the HAMP Application is denied, the Debtor shall amend or modify the plan to conform to the Secured Creditor's Proof of Claim or surrender the homestead real property no later than 30 calendar days following receipt of the Secured Creditor's offer or rejection letter. If the homestead real property is surrendered, then for confirmation purposes, any secured Proof of Claim filed by the Secured Creditor on the homestead real property shall be deemed treated outside of the plan. Confirmation of the plan will be without prejudice to the assertion of any rights the Secured Creditor had to address payment of the secured claim.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_[signature]_
Debtor

Date: 10/16/14